**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                            Chapter 13

                                            Bankruptcy No. 11-11758-AMC

BRIAN M WAGNER

12237 RAMBLER ROAD
PHILADELPHIA, PA 19154

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BRIAN M WAGNER

    12237 RAMBLER ROAD
    PHILADELPHIA, PA 19154

Counsel for debtor(s), by electronic notice only.

    STANTON M LACKS ESQ
    3220 TILLMAN DRIVE
    SUITE 114
    BENSALEM, PA 19020

                                                         /S/ William C. Miller

Date: 8/4/2016                                       _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee