United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-11758-amc
Brian M. Wagner                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Oct 17, 2016
                             Form ID: 138NEW          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
db          +Brian M. Wagner,   12237 Rambler Road,   Philadelphia, PA 19154-1726
cr           ECMC,   P.O. Box 75906,   St. Paul, MN  55175
12481564     ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
12315705    +ER Solutions,   Re: Comcast Communications,   800 SW 39th Street,   Renton, WA 98057-4975
12315706    +GE Sales Finance,   C/O Equable Ascent Financial,   1120 W Lake Cook R, Ste B,
             Buffalo Grove, IL 60089-1970
12315707    +Goldbeck McCafferty & McKeever,   Suite 5000 Mellon Independence Center,   701 Market Street,
             Philadelphia, PA 19106-1541
12315708    +Great Lakes Ed Loan Services,   P.O. Box 3059,   Madison, WI 53704
12315709    +Oxford Collection Agency,   Re:  Direct TV,   135 Maxess Rd,   Melville, NY 11747-3801
12337341    +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
12398179    +Sallie Mae Inc. on behalf of GLHEC,   2401 International Lane,   Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:10     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 02:34:27
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2016 02:34:53     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 02:38:59
             Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
12315704     E-mail/Text: g20956@att.com Oct 18 2016 02:35:17     AT&T Mobility,   P.O. Box 537113,
             Atlanta, GA  30353-7113
12933738     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 02:38:59     Midland Funding LLC,
             by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
12315710     E-mail/Text: blegal@phfa.org Oct 18 2016 02:34:36     PA Housing Finance Agency,
             2101 N Front St,   Harrisburg, PA  17110-1086
12575305    +E-mail/Text: blegal@phfa.org Oct 18 2016 02:34:36     PHFA,   211 North Front Street,
             Harrisburg, PA 17101-1466,   Attn: ALSV/Anne
12426872     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 02:38:43     Portfolio Investments I LLC,
             c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
12490710     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 02:38:43     Portfolio Investments I LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12315711     E-mail/PDF: pa_dc_claims@navient.com Oct 18 2016 02:37:59     Sallie Mae,   P.O. Box 9500,
             Wilkes-Barre, PA  18773-9500
12525020    +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2016 02:38:42     Sallie Mae Pc Trust,
             c/o Sallie Mae Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
                                                                           TOTAL: 12


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Portfolio Investments I LLC,   c/o Recovery Management Systems Corporat,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Virginia          Page 2 of 2              Date Rcvd: Oct 17, 2016
                              Form ID: 138NEW         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Assoc., Trustee of the PHFA
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Assoc., Trustee of the PHFA
           lhaller@pkh.com,  dmaurer@pkh.com
          STANTON M. LACKS    on behalf of Debtor Brian M. Wagner blackslaw@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                              TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Brian M. Wagner

         Debtor(s)                                         Bankruptcy No: 11−11758−amc

                                                      Chapter: 13

_____

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 10/17/16