United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 11-11758-amc
Brian M. Wagner                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Nov 28, 2016
                    Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db            +Brian M. Wagner,    12237 Rambler Road,    Philadelphia, PA 19154-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Assoc., Trustee of the PHFA
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor   U.S. Bank National Assoc., Trustee of the PHFA
       lhaller@pkh.com, dmaurer@pkh.com
      STANTON M. LACKS    on behalf of Debtor Brian M. Wagner blackslaw@comcast.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Brian M. Wagner  : Case No. 11−11758−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , November 28, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

87
Form 195