### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian M. Wagner  
          Debtor(s)

CHAPTER 13

BKY. NO. 11-11758 AMC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, TRUSTEE OF THE PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8156

                                          Respectfully submitted,

                                          **/s/Thomas Puleo, Esquire**  
                                          Thomas Puleo, Esquire  
                                          Brian C. Nicholas, Esquire  
                                          KML Law Group, P.C.  
                                          701 Market Street, Suite 5000  
                                          Philadelphia, PA 19106-1532  
                                          (215) 825-6306  FAX (215) 825-6406